No. 78–6195. KESSINGER v. HESS, WARDEN. Ct. Crim. App. Okla. Certiorari denied.

No. 78–6198. HUDAK v. CURATORS OF THE UNIVERSITY OF MISSOURI ET AL. C. A. 8th Cir. Certiorari denied.

No. 78–6199. FREDERICK v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 78–6200. SCOTT ET AL. v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 78–6201. LATENDER v. ISRAEL, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 78–6210. O'NEILL v. BRUNN. C. A. 9th Cir. Certiorari denied.

No. 78–6217. STAFFORD v. WEBER ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 78–6262. DAIRSAW v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 78–6298. McGEE v. UNITED STATES; and
No. 78–6303. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 588 F. 2d 961.

No. 78–6302. GOODMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–6317. CORCIONE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–6321. BRACKENRIDGE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.